UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JOHN W. BARKER, JR.,         )
                                )
               Plaintiff,     )
                                )
         vs.           )     No. 1:16-cv-00495-SEB-MPB
                                )
NANCY A. BERRYHILL,      )
                                )
            Defendant.   )

**REPORT AND RECOMMENDATION
HON. MAGISTRATE JUDGE MATTHEW BROOKMAN**

On January 12, 2017, Plaintiff John W. Baker filed a Petition for Attorney Fees Under the Equal Access to Justice Act (Docket No. 24) and a Brief in Support of the Petition (Docket No. 25). On January 26, 2017, Defendant filed is Response to Plaintiff's Petition (Docket No. 26). Additionally, on March 1, 2017, the Court entered an Order to Show Cause (Docket No. 28) directing Defendant to show cause as to whether Plaintiff owes a debt to the United States and how much is owed by Plaintiff. Defendant filed its Response to the Order to Show Cause on March 14, 2017 (Docket No. 29).

Plaintiff, by his attorney, Charles D. Hankey, petitions the Court for fees in the total amount of $3,978.00. (Docket No. 24). Defendant, Nancy A. Berryhill, notified the Court that she does not object to the total amount of $3,978.00, but requests that the order provide that any fees paid belong to Plaintiff, not his attorney, and can be offset to satisfy any pre-existing debt that the Plaintiff owes the United States. (Docket No. 26, citing *Astrue v. Ratliff*, 560 U.S. 586 (2010)). Defendant further asserted that after the Court enters the award, Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset and will

direct that the award be made payable to Plaintiff's attorney, provided that he can produce a valid, signed EAJA assignment between Plaintiff and counsel. *Id.* In response, Plaintiff submitted a Notice of Filing of Proof of Assignment of Fees, with a copy of the Power of Attorney Authorization and Fee Agreement, signed by Plaintiff on March 16, 2016. (Docket No. 27). This Agreement included an appropriate assignment of fees for a court award of fees under the EAJA. (Docket No. 27-1).

Accordingly, the Magistrate Judge **RECOMMENDS** the Plaintiff's Petition for Attorney Fees Under the Equal Access to Justice Act (Docket No. 24), in the amount of $3,978.00 be **GRANTED**. The fees paid belong to Plaintiff and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States. The Magistrate Judge further **RECOMMENDS** the Commissioner verify whether or not Plaintiff owes a pre-existing debt to the government and, if not, to direct that the award be made payable to Plaintiff's attorney. The Commissioner shall file a statement, with supporting evidence, within sixty (60) days of the District Court's order awarding fees if the Commissioner finds that plaintiff does owe an outstanding debt to the government as of the date of the award.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to timely file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

**Dated: April 3, 2017**

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**